

To The Honorable Judge Boyle.

My name is Cheyenne Miller my Fed # is 48818-177 my case # is 3:14-CR-00367-16(B). The reason I am writing is I have been tring to get ahold of my attorney of Record mr. Tyson. He has not responded to me or my mother. I believe I have some relief comeing from the Johnson law. I need mr. Tyson to file a §3582 c2 motion. I know this because I have tried to hire another attorney but they told me they couldn't do anything because it shows mr. Tyson as my attorney still. So Can you give me some advice on how to go about doing this Or can you just send me the motion I need to try and see about getting the relief.

Respectfully,

Cheyenne Miller.

Cheyenne Miller # 48818-177
FCC Beaumont Low
P.O. Box 26020
Beaumont, TX 77720

75242-131052

⇔48818-177⇔
Suite 1452
Earle Cabell Federal Bldg
1100 Commerce ST
Dallas, TX 75242
United States

DEC - 8 2016

